## Pepco- Benning Road Effluent Violations
## DC0000094

| Date | Outfall | Parameter | Limit Value | Limit Unit | Violation Type | Reported Value |
|---|---|---|---|---|---|---|
| 09/30/2009 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 30. |
| 09/30/2009 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 30. |
| 09/30/2009 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | .9 |
| 09/30/2009 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 79. |
| 03/31/2010 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 55. |
| 03/31/2010 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 55. |
| 03/31/2010 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 5.7 |
| 03/31/2010 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 5.7 |
| 03/31/2010 | 013Q | Lead, total [as Pb] | 56.6 | ug/L | MO AVG | 60. |
| 03/31/2010 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 530. |
| 03/31/2010 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 530. |
| 06/30/2010 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 31. |
| 06/30/2010 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 220. |
| 06/30/2010 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 220. |
| 06/30/2010 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 1.2 |
| 06/30/2010 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 1.2 |
| 06/30/2010 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 120. |
| 06/30/2010 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 120. |
| 09/30/2010 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 36. |
| 09/30/2010 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 25. |
| 09/30/2010 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 25. |
| 09/30/2010 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 2.1 |
| 09/30/2010 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 2.1 |
| 09/30/2010 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 140. |
| 09/30/2010 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 140. |
| 12/31/2010 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 42. |
| 12/31/2010 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 27. |
| 12/31/2010 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 27. |
| 12/31/2010 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 2.2 |
| 12/31/2010 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 2.2 |
| 12/31/2010 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 210. |
| 12/31/2010 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 210. |
| 06/30/2011 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 28. |
| 06/30/2011 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 28. |
| 06/30/2011 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | .96 |
| 06/30/2011 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 100. |
| 09/30/2011 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 34. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/30/2011 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 68. |
| 09/30/2011 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 68. |
| 09/30/2011 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 1.5 |
| 09/30/2011 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 1.5 |
| 09/30/2011 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 190. |
| 09/30/2011 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 190. |
| 12/31/2011 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 58. |
| 12/31/2011 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 37. |
| 12/31/2011 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 37. |
| 12/31/2011 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 17. |
| 12/31/2011 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 17. |
| 12/31/2011 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 260. |
| 12/31/2011 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 260. |
| 03/31/2012 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 44. |
| 03/31/2012 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 23. |
| 03/31/2012 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 23. |
| 03/31/2012 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 1.7 |
| 03/31/2012 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 1.7 |
| 03/31/2012 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 210. |
| 03/31/2012 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 210. |
| 06/30/2012 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 72. |
| 06/30/2012 | 013Q | Cadmium, total [as Cd] | 2.08 | ug/L | MO AVG | 5. |
| 06/30/2012 | 013Q | Cadmium, total [as Cd] | 4.95 | ug/L | DAILY MX | 5. |
| 06/30/2012 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 81. |
| 6,06/30/2012 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 81. |
| 06/30/2012 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 9.1 |
| 06/30/2012 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 9.1 |
| 06/30/2012 | 013Q | Lead, total [as Pb] | 56.6 | ug/L | MO AVG | 120. |
| 06/30/2012 | 013Q | Lead, total [as Pb] | 64.58 | ug/L | DAILY MX | 120. |
| 06/30/2012 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 1200. |
| 06/30/2012 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 1200. |
| 09/30/2012 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 51. |
| 09/30/2012 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 150. |
| 09/30/2012 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 150. |
| 09/30/2012 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 9.2 |
| 09/30/2012 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 9.2 |
| 09/30/2012 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 220. |
| 09/30/2012 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 220. |
| 12/31/2012 | 013Q | Cadmium, total [as Cd] | 2.08 | ug/L | MO AVG | 5. |
| 12/31/2012 | 013Q | Cadmium, total [as Cd] | 4.95 | ug/L | DAILY MX | 5. |
| 12/31/2012 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 26. |
| 12/31/2012 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 26. |
| 12/31/2012 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 1.2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/31/2012 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 1.2 |
| 12/31/2012 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 210. |
| 12/31/2012 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 210. |
| 03/31/2013 | 013Q | Cadmium, total [as Cd] | 2.08 | ug/L | MO AVG | 5. |
| 03/31/2013 | 013Q | Cadmium, total [as Cd] | 4.95 | ug/L | DAILY MX | 5. |
| 03/31/2013 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 17. |
| 03/31/2013 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 17. |
| 03/31/2013 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | .94 |
| 03/31/2013 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 120. |
| 03/31/2013 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 120. |
| 06/30/2013 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 44. |
| 06/30/2013 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 44. |
| 06/30/2013 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 1.1 |
| 06/30/2013 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 1.1 |
| 06/30/2013 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 190. |
| 06/30/2013 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 190. |
| 09/30/2013 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 36. |
| 09/30/2013 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 35. |
| 09/30/2013 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 35. |
| 09/30/2013 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 1. |
| 09/30/2013 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 160. |
| 09/30/2013 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 160. |
| 12/31/2013 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 170. |
| 12/31/2013 | 013Q | Solids, total suspended | 100. | mg/L | DAILY MX | 170. |
| 12/31/2013 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 64. |
| 12/31/2013 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 64. |
| 12/31/2013 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 9.4 |
| 12/31/2013 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 9.4 |
| 12/31/2013 | 013Q | Lead, total [as Pb] | 56.6 | ug/L | MO AVG | 65. |
| 12/31/2013 | 013Q | Lead, total [as Pb] | 64.58 | ug/L | DAILY MX | 65. |
| 12/31/2013 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 540. |
| 12/31/2013 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 540. |
| 03/31/2014 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 20. |
| 03/31/2014 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 20. |
| 03/31/2014 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | .85 |
| 03/31/2014 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 130. |
| 03/31/2014 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 130. |
| 06/30/2014 | 013Q | Solids, total suspended | 30. | mg/L | MO AVG | 82. |
| 06/30/2014 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 100. |
| 06/30/2014 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 100. |
| 06/30/2014 | 013Q | Iron, total [as Fe] | .69 | ug/L | MO AVG | 3.2 |
| 06/30/2014 | 013Q | Iron, total [as Fe] | 1. | ug/L | DAILY MX | 3.2 |
| 06/30/2014 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 290. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/30/2014 | 013Q | Zinc, total [as Zn] | 117.18 | ug/L | DAILY MX | 290. |
| 09/30/2014 | 013Q | Cadmium, total [as Cd] | 2.08 | ug/L | MO AVG | 5. |
| 09/30/2014 | 013Q | Cadmium, total [as Cd] | 4.95 | ug/L | DAILY MX | 5. |
| 09/30/2014 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 17. |
| 09/30/2014 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 17. |
| 09/30/2014 | 013Q | Zinc, total [as Zn] | 73.11 | ug/L | MO AVG | 110. |
| 12/31/2014 | 013Q | Copper, total [as Cu] | 5.24 | ug/L | MO AVG | 14. |
| 12/31/2014 | 013Q | Copper, total [as Cu] | 13.44 | ug/L | DAILY MX | 14. |

**Total violations: 131**